UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT DEEMER
(#120219)

CIVIL ACTION

VERSUS

NO. 11-81-BAJ-CN

JAMES CALDWELL, ET AL

**RULING**

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 18, 2011 (doc. 2), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by Robert Deemer is dismissed without prejudice for lack of jurisdiction.

Baton Rouge, Louisiana, September 15, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA